**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
AT EAST ST. LOUIS**

| | | |
|---|---|---|
| IN THE MATTER OF MCGINNIS, INC. | : | CASE NO. 3:09-CV-676-DRH |
| AS OWNER AND NATIONAL | : | |
| MAINTENANCE & REPAIR, INC. AS | : | |
| OWNER *PRO HAC VICE* OF THE M/V | : | |
| HARTFORD BEAVER FOR | : | <u>IN ADMIRALTY</u> |
| EXONERATION FROM OR | : | |
| LIMITATION OF LIABILITY | : | |

**<u>RESTRAINING ORDER</u>**

This matter, having come before the Court on motion of Petitioners McGinnis, Inc. as owner of the M/V Hartford Beaver and National Maintenance & Repair, Inc. as owner *pro hac vice* of the M/V Hartford Beaver (hereinafter collectively referred to as "Petitioners"), and the Court being sufficiently advised, until further order of this Court, it is hereby

ORDERED AND ADJUDGED, that the institution and presentation of any and all suits, actions or legal proceedings of any nature or description whatsoever against the M/V Hartford Beaver and Petitioners, except in this proceeding for limitation, are hereby restrained with respect to any claim against said vessel or corporations as owner or owner *pro hac vice* of the M/V Hartford Beaver, arising out of or connected with the alleged incident which occurred on March 11, 2009 which resulted in the sinking of the M/V Hartford Beaver.

IT IS FURTHER ORDERED AND ADJUDGED that service of this Restraining Order be made on Vincent R. Deering and/or his representatives at the addresses set forth on the attached Schedule "A."

IT IS FURTHER ORDERED AND ADJUDGED that the above named potential claimants be and the same are hereby restrained and enjoined from initiating or prosecuting any legal or administrative action or any other adversary proceeding relating to the liability of Petitioners and/or

the M/V Hartford Beaver with respect to the alleged incident of March 11, 2009, except in this action.

Dated this 2nd day of September, 2009.

/s/ David R Herndon

Chief Judge
United States District Judge

## SCHEDULE A

Fritz G. Faerber
Christine E. Anderson
FAERBER & ANDERSON, P. C.
720 Olive Street, Suite 2260
St. Louis, MO 63101
*Attorneys for Deering*