IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
AT EAST ST. LOUIS

IN THE MATTER OF NATIONAL
MAINTENANCE & REPAIR, INC. AS
OWNER OF THE M/V HARTFORD
BEAVER FOR EXONERATION
FROM OR LIMITATION OF LIABILITY     Cause No. 3:09-CV-676-DRH

  And

VINCENT DEERING     IN ADMIRALTY
 CLAIMANT-COUNTERDEFENDANT
and Third Party Plaintiff

 v.

MID-AMERICA FUELS, INC.,
in personam,

and

M/V SUE, her engines, tackle,
apparel, furniture, etc., in rem

## ORDER

The parties have jointly moved the Court for an order directing petitioners' Rule 26 psychiatric expert, Dr. Wayne Stillings, M.D., to provide copies of an exhibit marked as Stillings Exhibit 4 and constituting a computer print-out of the interpretation of the Millon Clinical Multi-Axial Inventory (MCMI-III) test administered to claimant Vincent Ray Deering by Dr. Stillings. The parties jointly represent that they agree that the exhibit should be copied and made part of the official transcript of Dr. Stillings' deposition, subject to this Court's Local Rule

1

5.1(d).  Dr. Stillings is ordered to provide within ten (10) days a complete and accurate photocopy of Exhibit 4 to Court Reporters Gore & Perry Gateway & Lipa, 515 Olive Street, Suite 700, St. Louis MO 63101.

SO ORDERED.

October 5, 2010                                             /s/     David R. Herndon
                                                            Chief Judge
                                                            Untied States District Court