# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN THE MATTER OF NATIONAL
MAINTENANCE & REPAIR, INC., AS
OWNER OF THE M/V HARTFORD
BEAVER FOR EXONERATION FROM
OR LIMITATION OF LIABILITY,

    and

VINCENT DEERING,

    Claimaint-Counterdefendant
    and Third Party Plaintiff,

VS.

MID-AMERICA FUELS, et al,

    Third Party Defendant.

No. 09-CV-676-DRH
(Consolidated with 10-CV-352-DRH)

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 14, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

        NANCY J. ROSENSTENGEL,
        CLERK OF COURT


        BY:    /s/*Sandy Pannier*
                  **Deputy Clerk**

Dated: March 17, 2011

APPROVED: Digitally signed by David R. Herndon
Date: 2011.03.17 11:14:40 -05'00'

    CHIEF JUDGE
    U. S. DISTRICT COURT